1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   PATTI HOBAN AND TERRY HOBAN DBA          **Case No. 1:17-cv-00286-DAD-SKO**
    VALLEY BOWL,
10                                            **ORDER TO REVISE SCHEDULING**
                      Plaintiffs,             **ORDER**
11
              v.                              **(Doc. 12)**
12
    NOVA CASUALTY COMPANY,
13
                      Defendant.
14

15

16        Before the Court is the parties' Stipulation to Partially Revise the Court's Scheduling Order.

17  (Doc. 12.)   The parties indicate that Plaintiff's counsel has not yet been able to complete the

    necessary non-expert discovery in this case, as Plaintiff's counsel has been assisting those impacted
18
    by the fires in Sonoma and Napa, California.   The parties further indicate that they would like to
19
    resolve certain issues related to written discovery (they anticipate the issues will resolve shortly)
20
    prior to the taking of depositions, which the parties anticipate scheduling after February 2018.
21
          Pursuant to Fed. R. Civ. P. 16(b)(4), and for good cause shown, IT IS HEREBEY
22
    ORDERED that the Scheduling Order be modified as follows:
23

24

| EVENT | CURRENT DATE | NEW DATE |
|-------|--------------|----------|
| Non-expert discovery cut-off | January 12, 2018 | April 13, 2018 |
25 | Expert disclosure | January 19, 2018 | April 20, 2018 |
| Rebuttal expert disclosure | January 26, 2018 | April 27, 2018 |
26 | Expert discovery cut-off | February 12, 2018 | May 14, 2018 |
27 | Non-dispositive motion filing | March 6, 2018 | May 22, 2018[1] |

28  ─────────────────
    [1] The parties proposed June 12, 2018, as the deadline for filing non-dispositive motions.  To allow the Court adequate
    time to rule on those motions in advance of the Pretrial Conference, the proposed date has been advanced.

| | | |
|---|---|---|
| Non-dispositive motion hearing | April 4, 2018 | June 20, 2018[2] |
| Dispositive motion filing | March 6, 2018 | May 22, 2018[3] |
| Dispositive motion hearing | April 17, 2018 | July 3, 2018[4] |
| Settlement conference | February 6, 2018 | May 17, 2018[5] |
| Pretrial conference | June 18, 2018 | September 10, 2018[6] |
| Trial | August 14, 2018 | November 6, 2018[7] |

IT IS SO ORDERED.

Dated:    **December 4, 2017**                    /s/ *Sheila K. Oberto*

                                         UNITED STATES MAGISTRATE JUDGE

---

[2] The parties requested Tuesday, July 3, 2018, as the hearing date for non-dispositive motions. To allow the Court adequate time to rule on the dispositive motions, the requested date for hearing non-dispositive motions has been advanced. Further, since Magistrate Judge Oberto's law and motion calendar is set on Wednesdays, the date for hearing non-dispositive motions has been continued to a Wednesday at 9:30 a.m.

[3] The parties proposed June 12, 2018, as the deadline for filing dispositive motions. To allow the Court adequate time to rule on those motions in advance of the Pretrial Conference, the requested date has been advanced.

[4] The parties requested Tuesday, July 17, 2018, as the hearing date for dispositive motions. To allow the Court adequate time to rule on the motions, the requested date has been advanced. U.S. District Court Judge Dale A. Drozd hears law motions on the first and third Tuesdays of the month at 1:00 p.m., and on all other Tuesdays at 8:30 a.m.

[5] The parties requested May 8, 2018, as the date for the Settlement Conference. To accommodate the Court's calendar, the requested date has been extended.

[6] To permit the parties sufficient time to prepare for trial, the requested date for the Pretrial Conference has been advanced. The Pretrial Conference is scheduled for 1:30 p.m.

[7] Trial is scheduled for 1:00 p.m.