IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PATTI HOBAN AND TERRY HOBAN DBA VALLEY BOWL,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA CASUALTY COMPANY,<br><br>Defendant. | Case No. 1:17-cv-00286-DAD-SKO<br><br>**ORDER GRANTING IN PART SECOND JOINT STIPULATION TO REVISE THE SCHEDULING ORDER**<br><br>**(Doc. 15)** |
|---|---|

Before the Court is the parties' second Joint Stipulation to Partially Revise the Court's Scheduling Order. (Doc. 15.) The parties indicate that they have agreed to participate in a private mediation on April 19, 2018, and, if unable to settle the action at the mediation, they expect to file dispositive motions on or before May 22, 2018, the current deadline. (*See id.* at 2.) The parties further indicate that they do not believe that additional discovery efforts are necessary to accomplish this goal, and jointly wish to defer the costs associated with further discovery and expert discovery until after a ruling by the Court on the parties' dispositive motions, if any. (*See id.*) The parties also wish to continue the mandatory settlement conference until after the Court's ruling on dispositive motions. (*See id.*)

Pursuant to Fed. R. Civ. P. 16(b)(4), and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order (Doc. 8) be modified as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Non-expert discovery cut-off | April 13, 2018 | August 7, 2018 |
| Expert disclosure | April 20, 2018 | August 7, 2018 |

ORDER GRANTING IN PART SECOND JOINT STIPULATION TO REVISE SCHEDULING ORDER

| Rebuttal expert disclosure | April 27, 2018 | August 14, 2018 |
| Expert discovery cut-off | May 14, 2018 | August 29, 2018 |
| Non-dispositive motion filing | May 22, 2018 | August 7, 2018 |
| Non-dispositive motion hearing | June 20, 2018 | August 29, 2018 |
| Settlement conference | May 17, 2018 | August 17, 2018 at 10:00 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. |

All other previously-schedule dates remain unchanged, including the disposition motion filing and hearing deadlines, pre-trial conference, and trial date. [1]

IT IS SO ORDERED.

Dated: **March 19, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Rule 281(a)(2) of the Local Rules of the United States District Court, Eastern District of California, the parties' joint pretrial conference statement is due August 31, 2018. Several of the dates proposed by the parties have been adjusted to enable the parties to prepare a complete joint pretrial statement that incorporates the parties' discovery and the Court's rulings. Further, in order to allow the Court adequate time to rule, the parties are strongly encouraged to file their dispositive motions well in advance of the May 22, 2018, deadline.