STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
CHERIE M. SUTHERLAND (SBN 217992)
csutherland@hayesscott.com
**HAYES SCOTT BONINO ELLINGSON**
**GUSLANI SIMONSON & CLAUSE LLP**
999 Skyway Road, Suite 310
San Carlos, California 94070
Telephone: (650)637-9100
Facsimile: (650)637-8071

Attorneys for Defendant,
NOVA CASUALTY COMPANY

KEVIN M. POLLACK (SBN 272786)
kpollack@robinscloud.com
**ROBINS CLOUD LLP**
808 Wilshire Boulevard, Suite 450
Santa Monica, California 90401
Telephone: (310)929-4200
Facsimile: (310)566-5900

Attorney for Plaintiffs,
PATTI HOBAN and TERRY HOBAN dba
VALLEY BOWL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI HOBAN and TERRY HOBAN dba VALLEY BOWL, <br><br> Plaintiffs, <br><br> vs. <br><br> NOVA CASUALTY COMPANY, <br><br> Defendant. | CASE NO. 1:17-CV-00286-DAD-SKO <br><br> **ORDER TO REVISE SCHEDULING ORDER** <br><br> (Doc. 47) |

## **ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Revise Scheduling Order (Doc. 47), hereby GRANTS the Parties' request as follows:

-1-
**ORDER TO REVISE SCHEDULING ORDER - CASE NO. 1:17-CV-00286-DAD-SKO**

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| 1. Non-Expert Discovery Cut-Off | August 7, 2018 | December 14, 2018 |
| 2. Expert Disclosure | August 7, 2018 | January 28, 2019 |
| 3. Non-Dispositive Motion Filing Deadline | August 7, 2018 | February 7, 2019 |
| 4. Rebuttal Expert Disclosure | August 14, 2018 | February 14, 2019 |
| 5. Settlement Conference | August 17, 2018 | Unchanged |
| 6. Expert Discovery Cut-Off | August 29, 2018 | February 28, 2019 |
| 7. Non-Dispositive Motion Hearing Date | August 29, 2018 | March 6, 2019 |
| 8. Final Pretrial Conference | September 10, 2018 | April 8, 2019 at 2:30 PM |
| 9. Trial | November 6, 2018 | June 4, 2019 at 1:00 PM[1] |

IT IS SO ORDERED.

Dated: **July 24, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] To permit the parties sufficient time to prepare their pretrial submissions and to prepare for trial, the pretrial conference and trial dates have been continued.

-2-
**ORDER TO REVISE SCHEDULING ORDER - CASE NO. 1:17-CV-00286-DAD-SKO**