UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI HOBAN and TERRY HOBAN dba VALLEY BOWL,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA CASUALTY COMPANY,<br><br>Defendant. | No. 1:17-cv-00286-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 54) |

On September 24, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 54.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 26, 2018**       /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE